Tommaso Isola, an Infant, by His Guardian ad Litem, Respondent, v. The Dela-

ware, Lackawanna and Western Railroad Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.